UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

CIVIL MINUTES REOPENING/CLOSING

Case No. SACV 09-00011-CJC(RNBx)            Date June 28, 2010

Title Silviano Hernandez v. EMC Mortgage Corporation, et al

Present: THE HONORABLE CORMAC J. CARNEY, U.S. DISTRICT JUDGE

| Michelle Urie | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

---

| Attorneys for Plaintiff | Attorneys for Defendant |
|---|---|
| None Present | None Present |

---

Proceedings:    ☐ In Court    X In Chambers    ☐ Counsel Notified

☐    Case previously closed in error. Make JS-5.

X    Case should have been closed on entry dated February 18, 2010 [27]. Make JS-6.

☐    Case settled but may be reopened if settlement is not consummated within ___ days. Make JS-6.

☐    Other _____

☐    Entered _____.

CV-74 (08/97)                                Initials by Deputy Clerk    mu